NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――

**LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY LLC,**

*Plaintiffs-Appellants*

**v.**

**IPCOM GMBH & CO., KG,**

*Defendant-Appellee*

―――――――

2022-2107

―――――――

Appeal from the United States District Court for the Northern District of California in No. 5:19-cv-01389-EJD, Judge Edward J. Davila.

―――――――

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    LENOVO (UNITED STATES) INC. v. IPCOM GMBH & CO., KG

(2)  Each side shall bear their own costs.

FOR THE COURT

March 15, 2023
    Date                    /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court

**ISSUED AS A MANDATE:** March 15, 2023